IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|   Plaintiff, | ) | |
| | ) | 3:11-cr-00012 |
| v. | ) | |
| | ) | |
| ROBERT PORTER, et al. | ) | |
| | ) | |
|   Defendants. | ) | |

## O R D E R

Document #855, Defendant Alto Parnell's Motion for Pretrial Notice of Impeaching Conduct and joined by Cross, Dinkins, Xavier Parnell, Dmitri Johnson, and Vance is **DENIED** and may be renewed if Defendants testify.

It is so **ORDERED.**

_____
Thomas A. Wiseman, Jr.
Senior United States District Judge