IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| | ) | 3:11-cr-00012 |
| v. | ) | . |
| | ) | |
| ROBERT PORTER, et al. | ) ) | |
| Defendants. | ) | |

## **O R D E R**

Document #852, Defendant Alto Parnell's Motion in Limine #2 to require the Government to disclose its intent to introduce evidence of other crimes, wrongs, or acts of the Defendants is **GRANTED as to Defendants Alto Parnell and Xavier Parnell.** The Government will give notice of such proposed evidence on or before September 21, 2012. This motion as to Defendants Quinice Cross and Brian Vance will be reserved for trial in their cases.

It is so **ORDERED.**

_____
Thomas A. Wiseman, Jr.
Senior United States District Judge