IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | 3:11-cr-00012 |
| v. | ) | |
| ROBERT PORTER, et al. | ) | |
| Defendants. | ) | |

## **O R D E R**

Defendant Alto Parnell's Motion for Early Disclosure of Jencks Act Material, Document #854, and joined by Defendants Xavier Parnell, Dmitri Johnson, Cross, Dinkins, and Vance is **DENIED**. The Court is aware of the restriction of the statute as to timing of disclosure. However, in order to facilitate the orderly process of the trial, the Court requests of the Assistant United States Attorney that production of Jencks material be made at least on the day before the witness will be called to testify.

It is so **ORDERED.**

_____
Thomas A. Wiseman, Jr.
Senior United States District Judge