UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | NO. 3:11-00012 |
| v. | ) | JUDGE SHARP |
| | ) | |
| [3] BRIAN VANCE | ) | 18 U.S.C. § 2 and 3 |
|    a/k/a BIRD a/k/a BIRDMAN | ) | 18 U.S.C. § 922(g)(1) |
|    a/k/a BEATRICE | ) | 18 U.S.C. § 924(c)(1) |
| [6] SHATIKA DIX | ) | 18 U.S.C. § 924(j) |
| [10] QUINICE CROSS | ) | 18 U.S.C. § 1621 |
| [11] LAMONT COTTON | ) | 18 U.S.C. § 1951 |
| [14] DEMETRIUS DUNCAN | ) | 21 U.S.C. § 841(a)(1) |
|    a/k/a WHIRLEY | ) | 21 U.S.C. § 846 |
| [16] JERRY DINKINS | ) | 21 U.S.C. § 856(a)(2) |
| [21] CORNEL OLIVER | ) | 21 U.S.C. § 860 |
|    a/k/a LIL C | ) | |
| [22] ALTO PARNELL | ) | |
|    a/k/a AL-PISTOL a/k/a A.P. | ) | |
| [25] JAMES FARLEY, JR. | ) | |
|    a/k/a BABY JAMES | ) | |
| [27] CHRIS YOUNG | ) | |
|    a/k/a SOLDIER C | ) | |
| [29] DERRICK CAMPBELL | ) | |
|    a/k/a D | ) | |
| [30] BLAKE WRIGHT | ) | |
| [31] RAY OZEN | ) | |
| [32] DEZORICK FORD | ) | |
|    a/k/a SLICK | ) | |

## **ORDER**

This matter comes before the Court on the Government's Motion to Superseding Seal Indictment. It is hereby ordered that:

The Motion is granted and the Indictment is ordered sealed, pending further order of the Court, except that a copy of the Indictment: (a) may be provided by the Government to the defendant

or the defendant's counsel after the defendant is arrested; and (b) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment the Clerk shall provide to the USMS, to serve them only on counsel for the Government.

HONORABLE
UNITED STATES DISTRICT JUDGE

Dated: 4-17-13