UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:11-00012 |
| | ) |
| BRIAN VANCE, ET AL. | ) |

## MOTION TO UNSEAL

Comes the government, by and through by and through Sunny A.M. Koshy, Assistant United States Attorney and moves this Court to unseal the Indictment in the above matter as to the following defendants: [3] Brian Vance; [6] Shatika Dix; [10] Quinice Cross; [11] Lamont Cotton; [14] Demetrius Duncan; [16] Jerry Dinkins; [21] Cornel Oliver; [22] Alto Parnell; [25] James Farley, Jr.; [27] Chris Young; [29] Derrick Campbell; [30] Blake Wright and [31] Ray Ozen. The aforementioned defendants are in custody; therefore, the indictment may be unsealed as to these individuals.

Respectfully submitted,

DAVID A. RIVERA
Acting United States Attorney for the
Middle District of Tennessee

By: s/Sunny A.M. Koshy
SUNNY A.M. KOSHY
Assistant U. S. Attorney
110 9th Avenue, South – Suite A-961
Nashville, TN 37203-3870
Phone: 615/736-5151

SO ORDERED:

Joe Brown
United States Magistrate Judge