UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:11-00012-3 |
| v. ) | Judge Sharp |
| ) | |
| BRIAN VANCE ) | |
| ) | |

### O R D E R

The sentencing hearing is hereby scheduled for Monday, September 16, 2013, at 10:00 a.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUD