August 1, 2014

Hon. Kevin H. Sharp
U.S. District Judge
United States District Court
Middle District of Tennessee
Nashville, TN 27203

RE: USA v. Brian Vance
Case No. 3:11CR00012-003

Honorable Judge Sharp:

    The foregoing shall serve as Mr. Vance request for an Order directing the Clerk of this Court to Provide him with a true and correct copy of his Sentencing Transcript in compliance with the United States Supreme Court's authority in Griffin v. Illinois, 351 U.S. 12, 19, 100 L. Ed. 891, 76 S. Ct. 585 (1956). The reasons for requests such course of action is that on or about September 16, 2013, this Honorable enter a judgment against Mr. Vance. Pursuant to the Antiterrosism and Death Penalty Act of 1996 (AEDPA), Pub. L. No. 104-132, 110 Stat. 1214 one-year Statute of Limitations, Mr. Vance, have a limited time in which to file his Pro se Section 2255 Motion to Vacate.

    Without his Sentencing Transcript, will be almost impossible to points out certain procedural errors that may appear in the Transcript. The Supreme Court has held that indigents prisoner must be furnished a copy of the transcript for appellate review of an adverse decision in Post-Conviction proceedings." See also Long v. District Court, 385 U.S. 192, 17 L. Ed. 2d 290, 87 S. Ct. 362 (1966)(per curiam). This principle is equally applicable to proceedings in federal courts collateral attacking State convictions. Here the undersigned had submitted two letters to the Clerk of this Court requesting his Sentencing Transcript without avail. It is the Clerk of Court position that Mr. Brian Vance paid the sum of $500 to obtain his Sentencing Transcript. However, Mr. Vance hereinafter is a indigent prisoner and cannot afford to pay the requested $500 fee for his Sentencing Transcript. Accordingly, Mr. Vance respectfully, moves this Honorable Court for an Order directing the Clerk of the Court to furnish a copy of his Sentencing Transcript as soon as possible.

Kindly,

Brian D. Vance
Reg. No. 20484-075
Federal Correctional Complex (Low)
P.O. Box 9000-Low
Forrest City, Arkansas 72336